AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

**SEALED**

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Kristen Naylor-Legg | ) | 2:21-mj-00068 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2020__ in the county of __Fayette__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1591(a)(1) | Sex Trafficking of a Minor |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

HSI SA Brian Morris
Printed name and title

Signed and sworn to by telephonic means.
~~Sworn to before me and signed in my presence.~~

Date: March 24, 2021

_____
Judge's signature

City and state: Charleston, West Virginia — Dwane L. Tinsley, United States Magistrate Judge
Printed name and title